**Fill in this Information to identify the case:**

Debtor 1  _Springfield Furniture Inc_
          First Name      Middle Name      Last Name

Debtor 2  _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _Eastern_ District of _Virginia_ (State)

Case number: _____

**RECEIVED**

JUN - 2 2021

ALEXANDRIA DIVISION
US BANKRUPTCY COURT

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $700.00 |
| Claimant's Name: | Donald Kaiser |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3382 Winding Woods Dr<br>Powell, OH 43065<br>615 410-0527   dkaiser0312@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

previous address: 8568 Springfield Oaks Dr
Springfield, VA

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Eastern District of Virginia
*[Court enters address here]*

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/26/2021

Signature of Applicant: *[signed]*

Printed Name of Applicant: DONALD W. KAISER

Address: 3382 Winding Woods Dr, Powell, OH 43065

Telephone: 615-410-0527

Email: _____

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

**6. Notarization**
STATE OF OHIO
COUNTY OF FRANKLIN

This Application for Unclaimed Funds, dated 5/26/2021 was subscribed and sworn to before me this 26th day of MAY, 20 21 by DONALD W. KAISER who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

Notary Public: *[signed]* Jane M. Callahan
My commission expires: 06/16/2023

JANE M. CALLAHAN
Notary Public, State of Ohio
My Commission Expires 06-16-2023

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20 ___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____
My commission expires: _____

# U.S. Courts Unclaimed Funds Locator

Home | About

Edit Search

**Court / VAEB**

| | |
|---|---|
| **Case Number** | 85-10349 |
| **Last/Business Name** | Springfield Furniture, Inc. |

**Page Total** $4,559.01

**First Name**

## Creditors | 45

| | Court | Creditor Name | Amount |
|---|---|---|---|
| ✉ | VAEB | Robert Mattingly | $300.00 |
| ✉ | VAEB | Carol Smith | $200.00 |
| ✉ | VAEB | Richard Drake | $560.00 |
| ✉ | VAEB | George/Maria Sertzoglor | $750.00 |
| ✉ | VAEB | Ncnb Financial Services, Inc. | $30.83 |
| ✉ | VAEB | Ellen Gleason | $671.32 |
| ✉ | VAEB | Carl Dodd | $593.48 |
| ✉ | VAEB | Sovran Bank, Na | $53.38 |
| ✉ | VAEB | Donald Kaiser | $700.00 |

Donald W. Kaiser
3382 Winding Woods Dr.
Powell, OH 43065

May 27, 2021

United States Bankruptcy Court
Eastern District of Virginia
Justin W. Williams US Attorney's Building
2100 Jamieson Ave
Alexandria, VA  22314

RE: CASE # 85-10349

Attn: Clerk of the Courts

Attached are forms required to release $700.00 to me held by the court from the bankruptcy of Springfield Furniture.  I left a deposit with them in 1985 and soon after they filed for bankruptcy.

In 1991 we moved from Virginia (8568 Springfield Oaks Dr. Springfield, VA) to Colorado, then in 2005 moved to Tennessee and in 2017 to Ohio.  Over the past 36 years we didn't think we would ever see the $700.

I certify that I am over 18 years of age, now 66 years old.

Attached are:
- W-9  (also sent to finance@vaeb.uscourts.gov)
- Notarized Form 1340 – Application for unclaimed funds
- Copy of search results from U.S. Courts Unclaimed Funds Locator for Case# 85-10349

I do not have any original receipts from the transaction in 1985.

If you need any additional information, please contact me by mail or email at dkaiser0312@gmail.com.

Sincerely,

*[signature]*

Donald W. Kaiser

U.S. Department of
United States Attorney
Eastern District of Virginia

Justin W. Williams, U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314-5794

Official Business



U.S. MARSHALS
INSPECTED

U.S. Bankruptcy Court
200 S. Washington St.
Alexandria, VA 22314-5405