# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**TO:**  
Donald Kaiser  
3382 Winding Woods Dr  
Powell, OH 43065

**In re:** Springfield Furniture Inc.

**Case Number** 85–10349–RGM  
**Chapter** 7

**IN RE:**

W–9 has been forwarded to the Finance Department in Richmond, VA.  
**INQUIRY:**

— Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $11.00, plus 50¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

— The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

— Your inquiry has been received. Please submit a search fee in the amount of $32.00, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

— Your request for photocopies has been received and is being processed. Please see below for any additional details or instructions.

— The name and address of the Trustee or (Attorney for Debtor) in this case is:

— This case was closed on <u>November 1, 2000</u> . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $64.00 (each additional box $39.00), payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

— The following papers are returned to you:

**X** W–9 has been forwarded to the Finance Department in Richmond, VA

Date: June 7, 2021                              CLERK, UNITED STATES BANKRUPTCY COURT

By <u>/s/ Dayna Marie Huntington</u>, Deputy Clerk  
Direct Dial Telephone No. <u>703–258–1220</u>

[iginquiryvDec2020.jsp]

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 85-10349-RGM |
| Springfield Furniture Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: huntingto | Page 1 of 1 |
| Date Rcvd: Jun 07, 2021 | Form ID: iginqu16 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| ust | + John P. Fitzgerald, III, Office of the U.S. Trustee - Region 4, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | + Donald W. Kaiser, 3382 Winding Woods Dr, Powell, OH 43065-7379 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald F. King | Kingtrustee@ofplaw.com  va50@ecfcbis.com |
| Januario G. Azarcon | on behalf of Debtor Springfield Furniture Inc. jga@sawyerazarcon.com  sa@sawyerazarcon.com |
| Tommy Andrews, Jr. | on behalf of Creditor Glenn E. Timmons tandrews@andrewslaw.net khill@andrewslaw.net;tetiana@andrewslaw.net;nikki@andrewslaw.net |
| Tommy Andrews, Jr. | on behalf of Creditor Glenn Field tandrews@andrewslaw.net khill@andrewslaw.net;tetiana@andrewslaw.net;nikki@andrewslaw.net |

TOTAL: 4