# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
<u>     Alexandria     </u>   Division

**In re**  Springfield Furniture Inc.                                   **Case No.**  85-10349-KHK

                                 **Debtor(s)**                          **Chapter**  7

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ <u>  593.48                         </u>, currently on deposit with the Treasury of the United States, be returned to:

Benjamin D. Tarver
dba Bankruptcy Settlement Group
2885 Sanford Ave #37848
Grandville, MI 49418

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date:  <u>  Aug 2 2021                    </u>            <u>  /s/ Klinette H Kindred                        </u>
                                                          United States Bankruptcy Judge

                                                          NOTICE OF JUDGMENT OR ORDER
                                                          ENTERED ON DOCKET:
                                                          <u>  August 2, 2021           </u>

pc: Financial Administrator

[ounclmfd ver. 03/06]